NATHAN M. GILBERT, Respondent, *v.* HARRY S. KOFF-MAN, Appellant.

(Argued November 27, 1929; decided January 7, 1930.)

*Bernard H. Chernin* for appellant.

*Arthur J. Ruland* and *Herman F. Nehlsen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.